DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALCIDES ALEXIS MASIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3527

[July 3, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case Nos. 2017CF005081AMB, 2017CF007324AMB and 2017CF007330AMB.

Mattie Fore Law of Mattie Fore Law, LLC, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***